UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:97-cr-00110-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| (1) WILLIAM JUNIOR ANDERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's counseled Motion to Reduce Sentence under the First Step Act of 2018 (Doc. No. 236) and *pro se* Motions for Appointment of Counsel (Doc. Nos. 232, 234).

The Court hereby ORDERS the Government to respond to Defendant's Motions for Reduced Sentence under the First Step Act. (Doc. Nos. 50, 52). The Government shall have **twenty-one (21) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

With respect to the included Motions to Appoint Counsel (Doc. Nos. 232, 234), criminal defendants have no right to counsel beyond their first appeal. E.g., United States v. Kenny, No. 3:01-cr-00185-FDW, 2020 WL 2094116, at *1 (W.D.N.C. Apr. 30, 2020); United States v. Ismel, No. 3:94-CR-00008-1, 2012 WL 113392, at *1 (W.D. Va. Jan. 13, 2012). Defendant, however, is currently represented by the Federal Public Defender's Office (Doc. No. 235). Therefore, the Motions for appointment of counsel are **DENIED** as MOOT.

IT IS SO ORDERED.

Signed: November 19, 2020

_____
Frank D. Whitney
United States District Judge